UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

CAROLYN ALVERIO,

        Plaintiff,
v.                                                  Case No. 08-CV-658

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____

## ORDER

On August 1, 2008, plaintiff Carolyn Alverio filed a complaint seeking judicial review of a decision to deny her disability benefits. Alverio filed a motion for leave to proceed *in forma pauperis*.

The court grants the plaintiff's motion for leave to proceed *in forma pauperis*. The federal *in forma pauperis* statute, 28 U.S.C. § 1915, is designed to ensure indigent litigants meaningful access to the federal courts. *Neitzke v. Williams*, 490 U.S. 319, 327 (1989). To authorize a litigant to proceed *in forma pauperis*, the court must first determine that the litigant is unable to pay the costs of commencing the action. 28 U.S.C. § 1915(a). Second, the court must determine that the action is neither frivolous nor malicious, does not fail to state a claim, and does not seek money damages against a defendant immune from such relief. 28 U.S.C. § 1915(e)(2). In making the latter determination, the court must give a *pro se* plaintiff's allegations, "however inartfully pleaded," a liberal construction. *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

The plaintiff submits an affidavit in which she declares under penalty of perjury that she incurs $742.00 in monthly expenses, provides for three dependents, and has a monthly income of only $628.00. Based upon this information, the court determines that the plaintiff is unable to pay the costs of commencing this action.

Liberally construing the plaintiff's allegations, the court also finds that the action is neither frivolous nor malicious, does not fail to state a claim, and does not seek money damages against a defendant immune from such relief. The court will, therefore, grant the plaintiff's motion for leave to proceed *in forma pauperis*.

The court warns the plaintiff, however, that she must serve a summons and complaint upon the defendant within 120 days after the filing of the complaint, *see* Fed. R. Civ. P. 4(m), or the court shall dismiss this action without prejudice.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for leave to proceed *in forma pauperis* be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge